# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SHIELDMARK, INC. | ) | CASE NO. 1:12-cv-00219-DAP |
| Plaintiff, | ) | JUDGE DANIEL AARON POLSTER |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| ERGOMAT, LLC, | ) | |
| Defendant. | ) | |

This cause came before this Court on the Unopposed Motion of Plaintiff ShieldMark, Inc. ("Plaintiff" or "ShieldMark") to vacate the July 12, 2012 Judgment Entry and dissolve the permanent injunction issued by this Court on July 12, 2012. For good cause shown, the Court finds that said Motion is well taken and grants the same.

It is, therefore, ORDERED and DECREED as follows:

1. The July 12, 2012 Judgment Entry is hereby VACATED.

2. The permanent injunction issued by this Court on July 12, 2012 is hereby DISSOLVED.

3. The case is DISMISSED with prejudice at Plaintiff's costs.

IT IS SO ORDERED.

_____
JUDGE DANIEL AARON POLSTER